In the Matter of PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, as Executor and Trustee of MABEL H. GREEN, Deceased, et al., Petitioners, against CHARLES S. COLDEN et al., as Justices of the Supreme Court of the State of New York, Tenth Judicial District, et al., Respondents.—

No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. [See *post,* pp. 666, 745.]